KEVIN M. SUTEHALL (9437)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
ksutehall@foxrothschild.com

ERIC J. NYSTROM, *Pro Hac Vice*
NATALIE I. UHLEMANN, *Pro Hac Vice*
**FOX ROTHSCHILD LLP**
Two22 Tower, Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
enystrom@foxrothschild.com

*Attorneys for Global Graphic
Resources LLC and Daryl K. Hanzal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOBAL GRAPHIC RESOURCES LLC, a Minnesota limited liability company and DARYL K. HANZAL, an individual,<br><br>Plaintiffs,<br>v.<br><br>TRIUNFO, INC., F/K/A CATALINA GRAPHIC FILMS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:19-cv-1164-RFB-EJY<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' COMPLAINT AND DEFENDANT'S MOTION TO STRIKE** |

    **WHEREAS,** the Court entered an Order to Show Cause (ECF No. 64) on July 28, 2021, ordering "that both parties shall show cause in writing, on or before **August 11, 2021** why, based on recent filings in this case, GGR's Complaint (ECF No. 49) should not be withdrawn or struck and the Motion to Strike (ECF No. 50) withdrawn or denied as moot";

    **WHEREAS,** the parties have agreed, that based on the recent filing of Triunfo's Amended Complaint (ECF No. 59) and GGR's Answer to Amended Complaint and Counterclaims (ECF

1

124985173.2

No. 62), to the withdrawal of GGR's Complaint (ECF No. 49) and Triunfo's Motion to Strike (ECF No. 50).

**THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES, AS FOLLOWS:**

1. GGR hereby withdraws its Complaint filed in this matter on April 21, 2021 (ECF No. 49); and

2. Triunfo hereby withdraws it Motion to Strike filed on May 12, 2021 (ECF No. 50); and

3. The Court may this stipulation as its order.

Dated: August 3, 2021                                   **CLARK HILL PLLC**

                                                        *s/Nicholas M. Wieczorek*
                                                        Nicholas M. Wieczorek
                                                        Nevada Bar No. 6170
                                                        Gia N. Marina
                                                        Nevada Bar No. 15276
                                                        3800 Howard Hughes Parkway, Suite 500
                                                        Las Vegas, Nevada 89169
                                                        Telephone: (702) 862-8300

                                                        *Attorneys for Triunfo, Inc., f/k/a*
                                                        *Catalina Graphic Films, Inc.*

//
//
//
//
//
//
//
//
//
//

124985173.2

Dated: August 3, 2021                              **FOX ROTHSCHILD LLP**

*s/Eric J. Nystrom*
Kevin M. Sutehall (9437)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
ksutehall@foxrothschild.com

**AND**

Eric J. Nystrom (*Pro Hac Vice*)
Natalie I. Uhlemann (*Pro Hac Vice*)
Two22 Building, Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
enystrom@foxrothschild.com
nuhlemann@foxrothschild.com

*Attorneys for Global Graphic Resources LLC and Daryl K. Hanzal*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties' stipulation to allow GGR to withdraw its Complaint (ECF No. 49) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' stipulation to allow Triunfo, Inc.'s Motion to Strike Global Graphic Resources LLC's and Daryl K. Hanzal's Complaint and Jury Trial Demand (ECF No. 50) to be withdrawn is hereby **GRANTED**.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2021

3

124985173.2