NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
Email: nwieczorek@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorneys for Plaintiff Triunfo, Inc.,*
*f.k.a. Catalina Graphic Films, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRIUNFO, INC., F.K.A. CATALINA GRAPHIC FILMS, INC., a Nevada corporation,<br><br>            Plaintiff,<br>vs.<br><br>GLOBAL GRAPHIC RESOURCES LLC, a Minnesota limited liability company and DARYL K. HANZAL, an individual, and DOES 1-10,<br><br>            Defendant.<br><br>GLOBAL GRAPHIC RESOURCES LLC, a Minnesota limited liability company and DARYL K. HANZAL, an individual,<br><br>            Plaintiffs,<br>vs.<br><br>TRIUNFO, INC., F.K.A. CATALINA GRAPHIC FILMS, INC., a Nevada Corporation,<br><br>            Defendant. | 2:19-cv-1164-RFB-DJA<br><br>*Consolidated with Case No. 2:18-cv-1913-RFB-DJA*<br><br>**STIPULATION AND ORDER TO EXTEND PROPOSED JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff/Cross-Defendant Triunfo, Inc., f.k.a. Catalina Graphic Films, Inc. ("Catalina"), by and through its counsel Nicholas M. Wieczorek, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill PLLC, and Defendants/CrossPlaintiffs Global Graphic Resources LLC ("GGR") and

Daryl K. Hanzal ("Hanzal") , hereby stipulate to extend the pre-trial order deadline for a period of seven (7) days.

 Lead counsel for Catalina has been ill for the past week and been physically unable to go into his office for the last three days. Accordingly, counsel has been unable to confer with counsel for Defendant regarding the agreed content of the joint pre-trial order, or respond to various changes and modifications made by counsel regarding the order. In recognition of the fact that the order contemplates direct discussions and agreements between counsel for the parties to the matter, Plaintiff requests a one-week extension to submit the joint pre-trial order containing agreed content.

 WHEREFORE, the parties stipulate the deadline for filing the pretrial order be extended up to and including **May 5, 2023**.

| Dated this 27th day of April, 2023. | Dated this 27th day of April, 2023. |
|---|---|
| **FOX ROTHSCHILD LLP** | **CLARK HILL PLLC** |
| By: /s/Eric J. Nystrom<br>ERIC J. NYSTROM, Pro Hac Vice<br>NATALIE I. UHLEMANN, Pro Hac Vice<br>Two22 Building, Suite 2000<br>222 South Ninth Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 607-7000<br><br>*Attorneys for Global Graphic Resources LLC and Daryl K. Hanzal* | By: /s/Nicholas M. Wieczorek<br>NICHOLAS M. WIECZOREK<br>Nevada Bar No. 6170<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>Telephone: (702) 862-8300<br>Facsimile: (702) 778-9709<br>*Attorneys for Plaintiff Triunfo, Inc., f.k.a. Catalina Graphic Films, Inc.* |

**IT IS SO ORDERED:**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of April, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Clark Hill PLLC, and that on this 27th day of April, 2023, a true and correct copy of the foregoing **Stipulation and Order to Extend the Proposed Joint Pre-Trial Order Deadline** was served via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk:

Eric J. Nystrom, Esq.
Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, #700
Las Vegas, Nevada  89135
enystrom@foxrothschild.com
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
Attorneys for Defendants

                                        /s/Joyce Ulmer
                                    An Employee of Clark Hill PLLC