**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Global Graphic Resources LLC, a Minnesota limited liability company and Daryl K. Hanzal, an individual, <br> Plaintiff(s), <br> vs. <br> Triunfo, Inc., F/K/A Catalina Graphic Films, Inc., a Nevada Corporation <br> Defendant(s). | Case #2:19-cv-1164-RFB-EJY <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____John Clifford Ekman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fox Rothschild LLP_____
(firm name)

with offices at _____33 South Sixth Street_____,
(street address)

_____Minneapolis_____, _____Minnesota_____, _____55402_____,
(city)              (state)              (zip code)

_____612-607-7000_____, _____jekman@foxrothschild.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 24, 1997</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Minnesota</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Minnesota Supreme Court | 10/24/1997 | 276480 |
| Wisconsin Supreme Court | 10/23/1997 | 1031034 |
| District of Columbia | 06/04/2001 | 472891 |
| U.S Court of Federal Claims | 06/24/2017 | |
| U.S. Court of Appeals, Eighth Circuit | 08/06/2008 | |
| U.S. Court of Appeals, Ninth Circuit | 02/26/2019 | |
| Continued on separate page | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Minnesota
> Wisconsin
> DC Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Minnesota___ )
COUNTY OF ___Hennepin___ )

___John C. Ekman___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __February__, __2025__.

__Denise Meyer__
Notary Public or Clerk of Court

DENISE MEYER
Notary Public
Minnesota
My Commission Expires
Jan 31, 2030

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kevin M. Sutehall___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1980 Festival Plaza Drive, #700___,
(street address)

___Las Vegas___, ___Nevada___, ___89135___,
(city)        (state)        (zip code)

___702-262-6899___, ___ksutehall@foxrothschild.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kevin M. Sutehall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Daryl K. Hanzal
(type or print party name, title)

_____
(party's signature)

President and CEO, Global Graphic Resources LLC
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Kevin M. Sutehall
Designated Resident Nevada Counsel's signature

9437                          ksutehall@foxrothschild.com
Bar number                    Email address

**APPROVED:**

This 18th day of February, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

5

Rev. 5/16

Additional Courts Petitioner is admitted to practice:

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Eleventh Circuit | 09/24/2015 | |
| U.S. Court of Appeals, Fourth Circuit | 07/15/2014 | |
| U.S. Court of Appeals, Third Circuit | 09/09/2016 | |
| U.S. District Court, District of Columbia | 09/10/2001 | |
| U.S. District Court, District of Minnesota | 06/02/1998 | |
| U.S. District Court for the Eastern District of Wisconsin | 02/21/2012 | |
| U.S. District Court for the Western District of Wisconsin | 06/22/1998 | |
| Quapaw Nation Tribal Court | April 2021 | 176 |

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JOHN CLIFFORD EKMAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 24, 1997

Given under my hand and seal of this court on

January 28, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**JOHN EKMAN**

was admitted to practice as an attorney within this state on October 21, 1997 and is presently in good standing in this court.

Dated: February 3, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## John C Ekman

was duly qualified and admitted on June 4, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 28, 2025.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.