NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
Email: nwieczorek@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorneys for Plaintiff Triunfo, Inc.,*
*f.k.a. Catalina Graphic Films, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRIUNFO, INC., F/K/A CATALINA GRAPHIC FILMS, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>GLOBAL GRAPHIC RESOURCES LLC, a Minnesota limited liability company and DARYL K. HANZAL, an individual, and DOES 1-10,<br><br>　　　　Defendants.<br><br>GLOBAL GRAPHIC RESOURCES LLC, a Minnesota limited liability company and DARYL K. HANZAL, an individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>TRIUNFO, INC., F/K/A CATALINA GRAPHIC FILMS, INC., a Nevada corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-1164-RFB-EJY<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |

All Parties, through their undersigned counsel, give notice that all matters and controversies between the Parties have been settled. Accordingly, pursuant to Rules 41(a)(1)(A)(ii) and 41(c), each Party stipulates that all claims and counterclaims are DISMISSED WITH PREJUDICE.

Each Party shall bear its own costs and attorney fees.

Dated: October 13, 2025

**CLARK HILL PLLC**

/s/ Nicholas M. Wieczorek
Nicholas M. Wieczorek
Nevada Bar No. 6170
Gia N. Marina
Nevada Bar No. 15276
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
nwieczorek@clarkhill.com
gmarina@clarkhill.com
*Attorneys for Plaintiff Triunfo, Inc., f/k/a Catalina Graphic Films, Inc.*

**FOX ROTHSCHILD LLP**

/s/ John C. Ekman
John C. Ekman, *Pro Hac Vice*
Natalie I. Uhlemann, *Pro Hac Vice*
City Center, Suite 3600
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
enystrom@foxrothschild.com
nuhlemann@foxrothschild.com
*Attorneys for Defendants Global Graphic Resources, LLC and Daryl K. Hanzal*

**IT IS SO ORDERED.**

**DATED** this 15th day of October, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Clark Hill PLLC, and that on this 13th day of October, 2025, a true and correct copy of the foregoing **Joint Stipulation of Dismissal with Prejudice of all Claims and Counterclaims** was served via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk:

John C. Ekman, Esq.
FOX ROTHSCHILD LLP
33 S. Sixth Street
Suite 3600
Minneapolis, MN
jekman@foxrothschild.com
Attorneys for Defendants

                                       /s/Joyce Ulmer
                                   An Employee of Clark Hill PLLC